UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MUJAAHIDA DUFFY,

    Plaintiff,

v.                               CASE NO. 3:18cv1534-MCR-HTC

DEPARTMENT OF VETERANS
AFFAIRS; PETER O'ROURKE,
SECRETARY OF DEPARTMENT
OF VETERANS AFFAIRS; BRYAN
C. MATTHEWS, GULF COAST
VETERANS HEALTH CARE
SYSTEM DIRECTOR; DR. LINDA
COX; and ELLA CVIRKO,
OUTPATIENT CLINIC DENTIST;

    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 24, 2019. ECF Doc. 15. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  Defendants' Motion to Dismiss for Lack of Jurisdiction, ECF Doc. 10, is GRANTED and this matter is dismissed for lack of subject matter jurisdiction.

3.  Defendant's request to have the complaint and any evidence submitted sealed is DENIED.

4.  The clerk shall enter judgment in favor of the Defendants and close the file.

D**ONE AND ORDERED** this 28th day of May 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**